IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :          CRIMINAL ACTION
                                  :
            v.             :
                                  :
TODD GOODMAN and ERIC PESTRACK  :         NO. 22-435
                                  :

ORDER

AND NOW, this 1st day of September 2023, for the
reasons stated in the foregoing Memorandum, the motion of the
defendants to dismiss the indictment (Doc. #31) on the grounds
that the Government failed to allege the elements necessary is
DENIED.

BY THE COURT:

/s/ Harvey Bartle III

_____
                                            J.